■ In the Matter of Rhianna R. and Another, Children Alleged to be Abused and/or Neglected. Onondaga County Department of Social Services, Respondent; Fadi R., Appellant. (Appeal No. 2.) [683 NYS2d 447] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhianna R.* (256 AD2d 1184 [decided herewith]). (Appeal from Order of Onondaga County Family Court, Klim, J.—Visitation.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.